1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                          CENTRAL DISTRICT OF CALIFORNIA

10                              WESTERN DIVISION

11   CHRISTOPHER WORLINE,              )
                                       )
12                   Petitioner,       ) Case No. CV 06-1922 CJC (AJW)
                                       )
13          v.                         ) ORDER ADOPTING REPORT AND
                                       ) RECOMMENDATION OF
14   J. F. SALAZAR, Warden,            ) MAGISTRATE JUDGE
                                       )
15                   Respondent.       )
     _____)
16

17          The Court has reviewed the entire record in this action, the

18   Report  and  Recommendation  of  Magistrate  Judge  ("Report),  and

19   respondent's objections.   The Court concurs with and adopts the

20   findings of fact, conclusions of law, and recommendations contained in

21   the Report after having made a de novo determination of the portions

22   to which objections were directed.

23   Dated: October 14, 2009

24                                    _____
                                      Cormac J. Carney
25                                    United States District Judge

26

27

28