1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       CENTRAL DISTRICT OF CALIFORNIA

10                           WESTERN DIVISION

11   CHRISTOPHER WORLINE,              )
                                       )
12                   Petitioner,       ) Case No. CV 06-1922-CJC(AJW)
                                       )
13           v.                        )
                                       )
14   J.F. SALAZAR, Warden,             ) JUDGMENT
                                       )
15                   Respondent.       )
     _____)

16

17        It is hereby adjudged that the petition for a writ of habeas

18   corpus is granted, and respondent is directed to release petitioner on

19   parole within thirty (30) days of the date of entry of judgment.

20

21   Dated: October 14, 2009

22

23                                      _____

24                                      Cormac J. Carney
                                        United States District Judge

25

26

27

28